# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTY FENTON, ) | CASE NO.: |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **PETITION FOR** |
| CLYDE SITZ ) | **REMOVAL** |
| AND CHURCH TRANSPORTATION ) | |
| & LOGISTICS, INC. ) | |
| Petitioners/Defendants. ) | |
| ) | JUNE 22, 2017 |

NOW COME petitioners/defendants, Clyde Sitz and Church Transportation & Logistics, Inc., by and through their undersigned counsel, and respectfully petition this Honorable Court as follows:

1. Petitioners are the defendants in a civil action captioned Christy Fenton v. Clyde Sitz and Church Transportation & Logistics, Inc., which has been filed in the Connecticut Superior Court, Judicial District of Windham at Putnam (hereafter, the "state court action"). The docket number in the state court action is WWM-CV17-6011832-S, and the return date is June 27, 2017. A copy of the Summons and Complaint in the state court action is attached hereto as Exhibit A.

2. The Complaint in the state court action sounds in negligence and arises from a motor vehicle accident alleged to have occurred on May 26, 2015, in the southbound rest area of Interstate 395 in Plainfield, Connecticut. *Complaint, Para. 3.* In her Complaint, Plaintiff alleges that Petitioner Sitz was operating a tractor trailer in the course

2. Plaintiff alleges that while attempting to make a right turn into the driveway of a side parking lot, Petitioner Sitz caused a collision with the Plaintiff's vehicle while the Plaintiff's vehicle was stationary. *Complaint, Para. 4.* Plaintiff alleges that as a result of the negligence of Petitioners, she was caused to suffer various severe, painful and permanent injuries. *Complaint, Para. 6.*

3. Among the permanent injuries and losses claimed by the Plaintiff are the following: shoulder injury, including a partial thickness articular side rotator cuff tear secondary to type II acromion and associated impingement, left shoulder tendonitis, neck injury, including a disc protrusion at C5-C6 with radiculopathy, a strain/sprain to her cervical spine with injury to the associated and attaching soft tissue structures, muscle spasm, and an aggravation, exacerbation and/or lighting up of a pre-existing cervical spine condition, injury to her low back, including a strain/sprain to her lumbar spine with injury to the associated and attaching soft tissue structures, muscle spasm, and an aggravation, exacerbation and/or lighting up of a pre-existing lumbar spine condition, headaches, great pain and anguish, and a shock to her entire nervous system. *Complaint, Para. 6.* Plaintiff claims to have been forced to undergo medical treatment including hospital and medical care, x-rays and other diagnostic tests, physical therapy, injections and medicines. *Complaint, Para. 7.* She alleges she will incur expenses for future care and treatment, including surgery. *Complaint, Para. 7.* The Plaintiff claims to be restricted in her choice and performance of her usual activities. *(Para. 8)* and further claims that her injuries have left her with permanent impairments and lasting physical effect upon her for the remainder of her natural life. *Complaint, Para. 9.*

4. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

a. By Complaint dated May 19, 2017, Plaintiff filed suit against the Petitioners. Service was accomplished upon the Petitioner Sitz not earlier than May 23, 2017, through the Commissioner of Motor Vehicles, and on or about May 25, 2017, through certified mail to Petitioner Sitz's last known address. Service was accomplished upon the Petitioner Church Transportation & Logistics, Inc. on or about May 25, 2017, through certified mail to the Secretary of said Petitioner at its principal office address and/or through certified mail to the agent for service of said Petitioner. The Complaint seeks venue in the Superior Court of Connecticut, the Judicial District of Windham at Putnam.

b. The Plaintiff is a resident of Plainfield, Connecticut. *Please see Summons.*

c. Petitioner Clyde Sitz, is, and at all times relevant was, a resident of Leeds, Alabama.

d. Petitioner Church Transportation & Logistics, Inc. is a corporation duly licensed and registered under the laws of the State of Alabama, having its principal place of business in Birmingham, Alabama.

e. In her Complaint, the Plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above. She further asserts a claim of a permanent disability and inability to pursue her life's usual activities. Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6. Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioners are subject to personal jurisdiction in Connecticut.

7. Pursuant to 28 U.S.C. §1446(d), the Petitioners have notified the Superior Court of the State of Connecticut of the filing of this Petition. Please see Notice of Removal attached hereto as Exhibit B.

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Windham at Putnam, be discontinued.

Respectfully submitted,

DEFENDANTS/PETITIONERS,
CLYDE SITZ AND CHURCH
TRANSPORTATION & LOGISTICS, INC.

By: /s/ *Michael P. Kenney*
    Michael P. Kenney
    Federal Bar No. ct26768
    Ryan Ryan Deluca LLP
    185 Asylum St., 6th Floor
    Hartford CT 06103
    Ph: 860-785-5157
    Fax: 860-785-5040
    mpkenney@ryandelucalaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTY FENTON, ) | CASE NO.: |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **CERTIFICATE OF** |
| CLYDE SITZ ) | **SERVICE** |
| AND CHURCH TRANSPORTATION & ) | |
| LOGISTICS, INC. ) | |
| ) | |
| Petitioners/Defendants. ) | |
| ) | JUNE 22, 2017 |

I hereby certify that on June 22, 2017, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the foregoing was mailed to:

Christian G. Sarantopoulos, Esq.
Sarantopoulos & Sarantopoulos, LLC
143 School Street
Danielson, CT 06239
*Counsel for the Plaintiff*

                                                              /s/ *Michael P. Kenney*
                                                  Michael P. Kenney
                                                  Fed. Bar No. ct26768

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 155 Church Street | (860) 928-7749 | June 27, 2017 |

☒ Judicial District  ☐ G.A. Number:  At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): **Putnam**
☐ Housing Session
Case type code: Major: **V**   Minor: **01**

For the Plaintiff(s) please enter the appearance of:

Name and address of attorney, law firm or plaintiff if self-represented: **Sarantopoulos & Sarantopoulos, LLC, 143 School Street, Danielson CT 06239**
Juris number: **409646**
Telephone number: **(860) 779-3919**

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☐ Yes  ☒ No

Number of Plaintiffs: 1    Number of Defendants: 2    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party | |
|---|---|---|
| First Plaintiff | Name: FENTON, CHRISTY  Address: 117 Pickett Road, Plainfield, CT 06374 | P-01 |
| Additional Plaintiff | | P-02 |
| First Defendant | Name: SITZ, CLYDE  Address: 1170 Carolyn Street, Leeds, Alabama 35094 | D-01 |
| Additional Defendant | Name: CHURCH TRANSPORTATION & LOGISTICS, INC.  Address: P.O. Box 40996, 2300 Nabors Road SW, Birmingham, Alabama 35211 | D-02 |
| Additional Defendant | | D-03 |
| Additional Defendant | | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

Signed (Sign and "X" proper box) ☒ Commissioner of the Superior Court ☐ Assistant Clerk
Name of Person Signing at Left: **Christian G. Sarantopoulos**
Date signed: **05/18/2017**

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE AND ATTESTED COPY
ARTHUR P. JOHNSTON
STATE MARSHAL
STATE OF CONNECTICUT

I certify I have read and understand the above:
Signed (Self-Represented Plaintiff)   Date   Docket Number

(Page 1 of 2)

Print Form    Reset Form

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:
   - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   - (b) Summary Process actions
   - (c) Applications for change of name
   - (d) Probate appeals
   - (e) Administrative appeals
   - (f) Proceedings pertaining to arbitration
   - (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   - (h) Entry and Detainer proceedings
   - (i) Housing Code Enforcement actions

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | | |
|---|---|---|
| RETURN DATE: JUNE 27, 2017 | : | SUPERIOR COURT |
| CHRISTY FENTON | : | J.D. OF WINDHAM |
| VS. | : | AT PUTNAM |
| CLYDE SITZ and CHURCH TRANSPORTATION & LOGISTICS, INC. | : | MAY 19, 2017 |

## COMPLAINT

1. At all times herein, the defendant, Church Transportation & Logistics, Inc., was a corporation organized and existing under the laws of the State of Alabama with a business address at 2300 Nabors Road, Birmingham, Alabama.

2. At all times herein, the defendant, Clyde Sitz, was acting in his capacity as the agent, servant and/or employee of the defendant, Church Transportation & Logistics, Inc.

3. On May 26, 2015, at approximately 2:58 p.m., the plaintiff was the operator of a Nissan Altima motor vehicle and had stopped said vehicle in the Interstate 395 southbound rest area in the Town of Plainfield, Connecticut just prior the rest area's driveway into its side parking lot.

3. At said time and place, the defendant Clyde Sitz was operating a Freightliner tractor trailer motor vehicle owned by the defendant, Church Transportation & Logistics, Inc. in said rest area.

4. At said time and place, the defendant Clyde Sitz, while attempted to make a right turn into a driveway of a side parking lot caused the trailer portion of vehicle he was operating to drive over the hood

of the plaintiff's vehicle thereby trapping and dragging it forward, and thereafter reversing direction and dragging the plaintiff's vehicle in the opposite direction, all with great force and violence, causing the damages and injuries to the plaintiff hereinafter stated.

5. The collision and the resulting damages and injuries to the plaintiff were caused by the negligence and carelessness of the defendants in one or more of the following respects:

    a) <u>IN THAT</u>, the defendant operator failed to keep and operate his vehicle under proper and reasonable control;

    b) <u>IN THAT</u>, the defendant operator was inattentive and failed to keep a proper lookout for other vehicles at said time and place;

    c) <u>IN THAT</u>, the defendant operator failed to apply his brakes in time to avoid said collision;

    d) <u>IN THAT</u>, the defendant operator failed to turn his vehicle in such a manner as to avoid said collision;

    e) <u>IN THAT</u>, the defendant operator attempted to turn his vehicle to enter a private driveway when such movement could not be made with reasonable safety; and/or

    f) <u>IN THAT</u>, the defendant operator attempted to turn his vehicle to enter a private driveway when such movement could not be made with reasonable safety, in violation of Connecticut General Statutes section 14-242(a).

6. As a result of the negligence and carelessness of the defendant operator as aforesaid, the plaintiff was hurled about the inside of her motor vehicle. Subsequent medical examinations and diagnostic tests revealed that she had sustained and suffered the following personal injuries and losses: injury to her left shoulder, including a partial thickness articular side rotator cuff tear secondary to type II acromion and

associated impingement, left shoulder tendonitis, injury to her neck, including a disc protrusion at C5-C6 with radiculopathy, a strain/sprain to her cervical spine with injury to the associated and attaching soft tissue structures, muscle spasm, and an aggravation, exacerbation and/or lighting up of a pre-existing cervical spine condition, injury to her low back, including a strain/sprain to her lumbar spine with injury to the associated and attaching soft tissue structures, muscle spasm, and an aggravation, exacerbation and/or lighting up of a pre-existing lumbar spine condition, headaches, great pain and anguish, and a shock to her entire nervous system, some or all of which injuries are, or are likely to be, of a permanent nature.

7. As a further result of the negligence and carelessness of the defendant operator, the plaintiff has incurred expenses for hospital and medical care and attention, x-rays and other diagnostic tests, physical therapy, injections and medicines, and she will incur similar expenses, as well as expenses related to surgery, in the future.

8. As a further result of the negligence and carelessness of the defendant operator, the plaintiff has been and continues to be restricted in her choice and performance of her usual activities.

9. As a further result of the negligence and carelessness of the defendant operator, and upon information and belief, the plaintiff, who at the time of the collision was 40 years old, was caused to receive injuries which have left permanent impairments and lasting physical effects upon her for the remainder of her natural life.

**WHEREFORE,** the plaintiff claims money damages. The amount in demand, exclusive of

interest and costs, is in excess of Fifteen Thousand Dollars ($15,000).

Dated at Killingly, Connecticut this 19th day of May, 2017.

THE PLAINTIFF,

By: _____
Christian G. Sarantopoulos, of
Sarantopoulos & Sarantopoulos, LLC
143 School Street
Danielson, CT  06239
(860)-779-3919
Juris No.: 409646
Her Attorneys

A TRUE AND ATTESTED COPY
_____
ARTHUR P. JOHNSTON
STATE MARSHAL
STATE OF CONNECTICUT

# EXHIBIT B

| | |
|---|---|
| DOCKET NO.: WWM-CV-17-6011832-S | : SUPERIOR COURT |
| | : |
| CHRISTY FENTON | : JUDICIAL DISTRICT OF |
| | : WINDHAM |
| V. | : |
| | : AT PUTNAM |
| | : |
| CLYDE SITZ | : |
| AND CHURCH TRANSPORTATION & | : |
| LOGISTICS, INC. | : JUNE 22, 2017 |

## NOTICE OF REMOVAL TO FEDERAL COURT

NOW COME defendants Clyde Sitz and Church Transportation & Logistics, Inc., by and through their undersigned counsel, and hereby provide notice that they have this date filed a petition for removal of this matter to the United States District Court, District of Connecticut. A copy of said Petition (without exhibits) is attached hereto as Exhibit A.

    Respectfully submitted,

    DEFENDANTS,
    CLYDE SITZ AND CHURCH
    TRANSPORTATION & LOGISTICS, INC.

    By:_____/s/ 413253_____
    Michael P. Kenney
    Ryan Ryan Deluca LLP
    185 Asylum St., 6th Floor
    Hartford CT 06103
    Juris No. 436612
    Ph: 860-785-5157
    Fax: 860-785-5040
    mpkenney@ryandelucalaw.com

## CERTIFICATION

I hereby certify that on June 22, 2017, a copy of the foregoing document was served via First Class Mail, postage prepaid, or electronically delivered, upon the following counsel and pro se parties of record:

Christian G. Sarantopoulos, Esq.
Sarantopoulos & Sarantopoulos, LLC
143 School Street
Danielson, CT 06239
*Counsel for the Plaintiff*

                                                    /s/ 413253
                                                  Michael P. Kenney