IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTY FENTON | ) | CASE NO. |
| | ) | 3:17-cv-01038-MPS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **STIPULATION OF** |
| CLYDE SITZ AND CHURCH | ) | **DISMISSAL** |
| TRANSPORTATION & LOGISTICS, INC. | ) | |
| | ) | |
| Defendants. | ) | AUGUST 28, 2018 |

NOW COME the Plaintiff, Christy Fenton, and the Defendants, Clyde Sitz and Church Transportation & Logistics, Inc., by and through their undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii) hereby stipulate to the dismissal of this action, with prejudice and without costs to any party. The parties resolved this matter through continued settlement discussions following a settlement conference before the Hon. Donna F. Martinez, United States Magistrate Judge, on July 10, 2018, and said settlement has been funded in full.

WHEREFORE, the parties respectfully request that the Court approve this stipulation and enter an order dismissing this action with prejudice and without costs to any party.

Respectfully submitted,

PLAINTIFF,
CHRISTY FENTON

By: __/s/ *Christian G. Sarantopoulos*_____
    Christian G. Sarantopoulos, Esq.
    Federal Bar No. ct52921
    Sarantopoulos & Sarantopoulos, LLC
    143 School Street
    Danielson, CT 06239
    Ph: 860-932-2788
    cgs@saralaw.net

DEFENDANTS,
CLYDE SITZ AND
CHURCH TRANSPORTATION AND
LOGISTICS, INC.

By: __/s/ *Michael P. Kenney*_____
    Michael P. Kenney
    Federal Bar No. ct26768
    Ryan Ryan Deluca LLP
    185 Asylum St., 6th Floor
    Hartford CT 06103
    Ph: 860-785-5157
    mpkenney@ryandelucalaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTY FENTON, | ) CASE NO.: |
| | ) 3:17-cv-01038-MPS |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) **CERTIFICATE OF** |
| CLYDE SITZ AND | ) **SERVICE** |
| CHURCH TRANSPORTATION & | ) |
| LOGISTICS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) AUGUST 28, 2018 |

    I hereby certify that on August 28, 2018, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                                                         /s/ *Michael P. Kenney*
                                                                         Michael P. Kenney
                                                                         Fed. Bar No. ct26768